Will King v. The State.

No. 8228.   Decided May 7, 1924.

**Slander of Female—Satisfying Judgment.**

Where pending the submission of this case in this court it is made to appear by proper affidavit filed herein that the fine and costs adjudged against appellant in the court below have been fully paid, the appeal is abated.

Appeal from the County Court of Lamar.   Tried below before the Honorable W. Dewey Lawrence.

Appeal from a conviction of slandering female; penalty, a fine of $100.00.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard,* Attorney for the State and *Grover C. Morris,* Assistant Attorney for the State.

LATTIMORE, Judge.—Appellant was convicted in the county court of Lamar County of the offense of slander, and his punishment fixed at a fine of $100.

Pending the submission of this case in this court it is made to appear by proper affidavit filed herein that the fine and costs adjudged against appellant as punishment in the court below have been fully paid. This fact appearing, the appeal will be abated, and it is so ordered.

*Abated.*